IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VENOCO, LLC,<br><br>Debtor.<br>_____<br>EUGENE DAVIS, in his capacity as<br>Liquidating Trustee of Venoco<br>Liquidating Trust,<br><br>    Appellant,<br><br>    v.<br><br>STATE OF CALIFORNIA and<br>CALIFORNIA LANDS<br>COMMISSION,<br><br>    Appellees. | ) Chapter 11<br>) Bk. No. 17-10828 (JTD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-1174-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 18th day of October 2022, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **November 18, 2022.**

2. Appellees' brief in opposition to the appeal is due on or before **January 3, 2023.**

3. Appellant's reply brief is due on or before **January 25, 2023.**

_____
Chief Judge